United States District Court
Northern District of New York

| | | |
|---|---|---|
| Corey D███, | ) | Case 6:22-cv-00168-TWD |
|     *Plaintiff*, | ) | |
| | ) | Therese Wiley Dancks |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Kilolo Kijakazi, | ) | |
| Acting Commissioner of Social Security, | ) | STIPULATION AND ORDER FOR REMAND |
|     *Defendant*. | ) | |

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Commissioner will offer the claimant the opportunity for a hearing and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Corey D███, |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman | |
| United States Attorney | |
| */s/ Molly E. Carter* | */s/ Steven R. Dolson*[1] |
| Molly E. Carter | Steven R. Dolson |
| Special Assistant United States Attorney | Bar Roll No. 513788 |
| N.D.N.Y. Bar Roll No. 701004 | 126 N. Salina St., Suite 3B |
| Social Security Administration | Syracuse, NY 13202 |
| Office of the General Counsel | (315) 423-3328 |
| J.F.K. Federal Building, Room 625 | sdolson@dolsonattorneys.com |
| Boston, MA 02203 | |
| (617) 565-2393 | |
| Molly.Carter@ssa.gov | |

IT IS SO ORDERED:

*signature*

Thérèse Wiley Dancks
U.S. Magistrate Judge

Dated: 8/24/2022

---

[1] Signed by Molly Carter with permission from Steven Dolson.